# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA : 

vs. : CRIMINAL NO: 19-CR-00234-KD

MARCOS GUADANA AGUILAR :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (doc. 111) and without any objection having been filed, Defendant's plea of guilty to Count Three of the Indictment charging possession with intent to distribute Methamphetamine (actual) commonly known as Ice, is accepted and Defendant is adjudged guilty of such offenses

The sentencing hearing is scheduled for **December 1, 2023 at 10:00 a.m.** in **Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE and ORDERED** this the 11th day of September 2023.

s/Kristi K. DuBOSE
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE